# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1197
LT Case No. 2024-CF-000208-A

_____

ANTOINETTE CIVIL DIETRICH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

June 3, 2025

PER CURIAM.

    AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA 2024); *See also Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023).

EDWARDS, C.J., and JAY and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————